UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**WEST COAST LIFE INSURANCE** :
**COMPANY,**
　　　　　　　　　　　　　　　　:
　　Plaintiff　　　　　　　　CIVIL ACTION NO. 3:22-272
　　　　　　　　　　　　　　　　:
　v.　　　　　　　　　　　　　(JUDGE MANNION)
　　　　　　　　　　　　　　　　:
**ROSE MARIE SALAK and**
**CHRISTINE SALAK, individually** :
**and as Executrix of the Estate of**
**Kurt S. Salak,**　　　　　　　:

　　Defendants　　　　　　　:


## ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** Plaintiff West Coast Life Insurance Company's Motion for Default Judgment Against Rose Salak, Interpleader of Proceeds, Discharge, and Dismissal with Prejudice, (Doc. 10), is **DENIED without prejudice** insofar it seeks default judgment against Interpleader Defendant Rose Marie Salak and **GRANTED** insofar it seeks interpleader relief;

**(2)** West Coast Life Insurance Company, within twenty-one (21) days of the date of this Order, shall deposit the proceeds of the Policy No. Z02327694 in the amount of $500,000, together with any applicable

interest, to the Registry of the Court. After the Policy proceeds are deposited into the Registry of the Court, the Clerk of Court is directed to place the proceeds in an interest-bearing account;

**(3)** Upon West Coast Life Insurance Company's deposit of the Policy proceeds in the Registry of the Court:

a. West Coast Life Insurance Company shall be **DISMISSED with prejudice** from this action.
b. West Coast Life Insurance Company shall be **DISCHARGED** from all liability arising from and relating to the Policy.
c. Interpleader Defendants are **ENJOINED** from instituting or maintaining any action against West Coast Life Insurance Company relative to the Policy and the Policy proceeds at issue;

(4) The court retains jurisdiction over all Interpleader Defendants, who will be compelled to litigate, adjust, and/or settle amongst each other their respective lawful entitlement to the proceeds of the Policy, or upon their failure to do so, the court shall settle and adjust the claims and determine to whom the proceeds of the Policy shall be paid;

(5) Counsel for West Coast Life shall serve a copy of this Order on all parties within seven (7) days of its receipt; and

(6) The court will conduct a case management conference with the remaining parties on **Thursday, September 29, 2022, at 2:00 p.m**. to discuss the status of this proceeding. The telephone number of the Court for purposes of this

call is (570) 207-5760.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 25, 2022**
22-272-01-ORDER